**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

# CIVIL MINUTES

**Case No**: Cv. 05-6301-BR            **Proceeding Date:** October 31, 2006

**Case Title:** Smith v. Washington, et al.

**Presiding Judge**: Anna J. Brown       **Courtroom Deputy**: Steven Minetto (jh)

**Reporter:** None            **Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket Entry**: RECORD OF ORDER: The Court GRANTS Plaintiff's Motion for Leave to Amend Complaint and for Leave to Add Defendants (#32). Plaintiff shall have until November 15, 2006, to submit his Amended Complaint to the court for filing.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (#15) Plaintiff's original Complaint is DENIED AS MOOT. The denial is without prejudice to Defendants' right to assert the defenses set forth therein against Plaintiff's Amended Complaint.

IT IS FURTHER ORDERED that Plaintiff's motions for extension of time (#36) and (# 38) are GRANTED. The parties shall have until January 19, 2007, to file all pleadings; join all claims, remedies and parties; file pretrial, discovery and dispositive motions; complete all discovery; disclose all experts; and inform the court, in writing, if no further dispositive motions will be filed by a party.